# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARIEL M. ARCEO,

               Plaintiff,

       vs.

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social
Security,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-10918 MRW

JUDGMENT

     The decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: August 26, 2013

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

    [1]    Carolyn W. Colvin, who recently became the Acting Commissioner , is substituted for her predecessor, Michael J. Astrue.  See Fed. R. Civ. P. 25(d).